IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TATYANA PODELNYUK                                                                    PLAINTIFF

v.                            Case No. 4:09-cv-872-DPM

JERRY E. COLLINS                                                                        DEFENDANT

ORDER

Podelnyuk's motion to dismiss her case, *Document No. 37*, is granted. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2011