IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TATYANA PODELNYUK                                                              PLAINTIFF

v.                          Case No. 4:09-cv-872-DPM

JERRY E. COLLINS                                                               DEFENDANT

JUDGMENT

Podelnyuk's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_4 January 2011_